**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DELUNA, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>TANDEM DIABETES CARE, INC.,<br><br>                              Defendant. | Case No. 5:20-cv-00727-JGB-SHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br> Hon. Jesus G. Bernal |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joseph Deluna, by and through his undersigned counsel of record, voluntarily dismisses his claims against Defendant Tandem Diabetes Care, Inc. without prejudice.

Dated: May 22, 2020  **BURSOR & FISHER, P.A**.

By:   /s/ L. Timothy Fisher
       L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfish@bursor.com

*Attorneys for Plaintiff*